UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-mj-08049-RMM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT C. STORM

        Defendant.
_____/

FILED BY ____SW____ D.C.

Apr 7, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER SETTING DEADLINES FOR COMPETENCY AND SANITY EVALUATION REPORTS

On February 12, 2025, Defendant, Robert C. Storm, was committed to the custody and care of the Attorney General for a competency evaluation under 18 U.S.C. § 4241(b) and an *ex parte* sanity evaluation under 18 U.S.C. § 4242(a). *See* DE 21 (Order for Competency Evaluation and Sanity Evaluation of Defendant). On March 31, 2025, the Warden at Federal Correctional Institution (FCI) Butner notified the Court that Defendant arrived at FCI Butner on March 25, 2025, for his evaluations. [DE 25]. The letter requested that Defendant's evaluation period start on March 25, 2025, and end on May 8, 2025. *Id*.

On April 3, 2025, this Court conducted a Status Conference Re: Competency Matters, Detention, Preliminary/Arraignment as to Defendant. At the Status Conference, the parties advised the Court that they have reached an agreement regarding deadlines for the submission of the competency evaluation report and *ex parte* sanity evaluation report. Accordingly, it is hereby **ORDERED AND ADJUDGED THAT**:

1. The competency evaluation report, prepared pursuant to the requirements of 18 U.S.C. § 4247(c)(4)(A), shall be submitted to the Court and the parties no later than April 25, 2025.

2. The *ex parte* sanity evaluation of the Defendant shall be completed by May 8, 2025.

3. The *ex parte* sanity evaluation report, prepared pursuant to the requirements of 18 U.S.C. § 4247(c)(4)(B), shall be submitted to the Court and defense counsel no later than May 17, 2025.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 7th day of April 2025.

_____
WILLIAM MATTHEWMAN
United States Magistrate Judge